1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18

FILED
CLERK U.S. DISTRICT COURT

MAY 1 3 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JEFFREY M. DANIELS,                    )    Case No. CV 07-6975 PA(JC)
                                       )
                     Plaintiff,        )    (PROPOSED)
                                       )
          v.                           )    ORDER ADOPTING FINDINGS,
                                       )    CONCLUSIONS, AND
JEANNE S. WOODFORD, et al.,            )    RECOMMENDATIONS OF
                                       )    UNITED STATES MAGISTRATE
                     Defendants.       )    JUDGE
                                       )

_____

19
20
21
22
23
24
25
26
27
28

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, Defendants' Motion to Dismiss and supporting documents, Defendants' Request for Judicial Notice and supporting documents, Plaintiff's Opposition to the Motion to Dismiss and supporting documents, Defendants' Reply and supporting documents, and all of the records herein, including the Report and Recommendation of United States Magistrate Judge ("Report and Recommendation") and Defendants' Objections to Report and Recommendation ("Defendants' Objections"). After conducting a de novo review, this Court overrules Defendants' Objections and concurs with and adopts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT IS HEREBY ORDERED that Defendants' Motion to Dismiss is denied, and Defendants' Request for Judicial Notice is granted.

IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order and the United States Magistrate Judge's Report and Recommendation by United States mail on Plaintiff and on counsel for Defendants.

IT IS SO ORDERED.

DATED:   May 13, 2008

HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

2