Priority ✓
Send ✓
Enter ✓
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

no JGM.



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY M. DANIELS,<br><br>  Plaintiff,<br><br>  v.<br><br>JEANNE S. WOODFORD, et al.,<br><br>  Defendants. | Case No. CV 07-6975 PA(JC)<br><br>(PROPOSED)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the operative First Amended Complaint, the Motion to Dismiss filed by defendants Jeanne S. Woodford and Gilda Brown, the Joinder of defendant Dr. Hannifa Cassim in the Motion to Dismiss, defendants' two Requests for Judicial Notice and supporting documents, plaintiff's Opposition to the Motion to Dismiss (the "Opposition") and supporting documents, plaintiff's Addendum to the Opposition, defendants' Reply and supporting documents, plaintiff's Surreply, and all of the records herein, including the June 26, 2008 Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"). The Court approves and adopts the findings, conclusions and recommendations of the United States Magistrate Judge.

///

| | |
|---|---|
| 1 | IT IS HEREBY ORDERED: (1) defendants' Requests for Judicial Notice |
| 2 | are granted; (2) defendants' Motion to Dismiss is denied; and (3) defendants shall |
| 3 | file an Answer to the First Amended Complaint within ten (10) days of the entry |
| 4 | of this Order. |
| 5 | IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order |
| 6 | and the Report and Recommendation on plaintiff and on counsel for defendants. |
| 7 | IT IS SO ORDERED. |
| 9 | DATED: July 23, 2008 |
| 12 | HONORABLE PERCY ANDERSON |
| 13 | UNITED STATES DISTRICT JUDGE |